UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HORNE,

    Plaintiff,

  v.

DORATHY HARRIS,

    Defendant.

No. 2:15-cv-2388 MCE CKD

ORDER

    Plaintiff is proceeding in this action pro se and in forma pauperis. On February 3, 2016, the court found that exceptional circumstances exist in this matter and referred the case to the court's Alternative Dispute Resolution and Pro Bono Program Director to locate an attorney who is willing to accept appointment to this case. (ECF No. 10.) Rebecca Weinstein-Hamilton has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

    This matter was stayed pending appointment of counsel. The stay will now be lifted and counsel may take appropriate steps to prosecute this action.

    This matter was initially referred to the magistrate judge for pretrial management because plaintiff was proceeding pro se. See Local Rule 302(c)(21). Because plaintiff is now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the

/////

1

District Judge assigned to this action.  The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. Rebecca Weinstein-Hamilton is appointed as counsel for plaintiff;

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment;

3. The Clerk of the Court is directed to serve a copy of this order upon Rebecca Weinstein-Hamilton, Law Office of Rebecca Weinstein-Hamilton, 4034 Prairie Falcon Drive, El Dorado Hills, California   95762, (916) 220-3407, email:  rabecah@gmail.com;

4. The stay entered on February 3, 2016 (ECF No. 10) is lifted;

5. This matter is referred back to the District Judge assigned to this action;

6. All dates pending before the undersigned are vacated; and

7. Henceforth the caption on documents filed in this action shall be <u>Horne v. Harris</u>, No. 2:15-cv-2388 MCE CKD.

Dated:  February 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 horne2388.cou.ref