1  REBECCA WEINSTEIN-HAMILTON (SBN 162699)
   LAW OFFICE OF REBECCA HAMILTON
2  4034 Prairie Falcon Drive
   El Dorado Hills, CA  95762
3  916-220-3407
   Attorney for Plaintiff, Michael Horne

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF CALIFORNIA
SACRAMENTO DIVISION
-o0o-

| | | |
|---|---|---|
| MICHAEL HORNE, | ) | No. 2:15-cv-02388 MCE CKD |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER THEREON |
| DORATHY HARRIS, | ) | |
| Defendant. | ) | |

PLAINTIFF, MICHAEL HORNE, hereby requests that the Court voluntarily dismiss this lawsuit, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  April 14, 2016          LAW OFFICE OF REBECCA WEINSTEIN-HAMILTON


By:___/s/ Rebecca Weinstein-Hamilton_____
    REBECCA WEINSTEIN-HAMILTON
    Attorney for Plaintiff, MICHAEL HORNE

## ORDER

In accordance with Plaintiff's request, and good cause appearing, this action is hereby dismissed, without prejudice.  The matter having now been concluded, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  April 14, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Anderson v. Towne, et al
Case No. CIV S 2:08-CV-02480 CTB